**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00730-CV

### IN RE ARTY LOGISTICS & TRANSPORTATION, LLC, Relator

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-08112**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus

is **DISMISSED**. We **ORDER** the parties to bear their own costs of this original proceeding.

/s/     JIM MOSELEY
          JUSTICE